AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Fairbank, Valerie B. | 2. Court or Organization

U.S.D.C., Central District of California | 3. Date of Report

08/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge (Senior Status) | 5a. Report Type (check appropriate type)

☐ Nomination   Date
☐ Initial   ☑ Annual   ☐ Final

5b. ☐   Amended Report | 6. Reporting Period

01/01/2016
to
12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
350 West First Street
Room 4176
Los Angeles, California 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | State of California, Los Angeles Superior Court Judges' Retirement (1/16-12/16) | $142,745.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed, Lawyer/mediator, Law Sole Proprietorship |
| 2. | 2016 | University of Southern California Gould School of Law, Adjunct professor |
| 3. | 2016 | The Rutter Group (West Publishing), Royalties for book co-authorship |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Checking Account) | A | Interest | J | T | | | | | |
| 2. Bank of America (Checking Accounts) | A | Interest | K | T | | | | | |
| 3. Wells Fargo (Checking Accounts) | A | Interest | K | T | | | | | |
| 4. Schwab Accounts: | | | | | | | | | |
| 5. -Schwab Money Market | A | Dividend | K | T | | | | | |
| 6. Apartments (Menlo Park, CA) | D | Dividend | M | W | | | | | |
| 7. TIAA-CREF | | | | | | | | | |
| 8. -CREF Stock | D | Distribution | N | T | | | | | |
| 9. -CREF Global Equities | C | Distribution | L | T | | | | | |
| 10. Vanguard European Stock Index Fund Admiral Shares | C | Dividend | | | Sold | 07/27/16 | L | B | |
| 11. Putnam Global Equity Fund- A | A | Dividend | | | Sold | 07/27/16 | L | A | |
| 12. Retirement Fund (Schwab): | | | | | | | | | |
| 13. -Schwab Money Market | A | Dividend | O | T | | | | | |
| 14. Retirement Fund (Morgan Stanley): | | | | | | | | | |
| 15. -Adobe Systems (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 16. -Alcoa (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 17. -Allstate (common stock) | | None | | | Sold | 06/30/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Express (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 19. -AmerisourceBergen (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 20. -Analog Devices (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 21. -Apple (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 22. -AT&T (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 23. -Bank of America (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 24. -Bank of New York Mellon (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 25. -BP PLC (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 26. -Bristol Myers Squibb (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 27. -Brown Forman Corp (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 28. -California Res (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 29. -Canadian National Railway (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 30. -Cardinal Health (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 31. -Carnival CP (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 32. -Celgene (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 33. -Charles Schwab (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 34. -Chevron (common stock) | | None | | | Sold | 06/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Cisco Systems (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 36. -Cognizant Tech Solutions (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 37. -Colgate Palmolive (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 38. -Comcast (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 39. -Conagra Foods (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 40. -Corning (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 41. -Costco Wholesale Corp (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 42. -CVS Health (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 43. -Dollar Tree (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 44. -Ecolab (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 45. -Emerson Electric (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 46. -EOG Resources (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 47. -Estee Lauder (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 48. -Fifth 3rd Bancorp Ohio (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 49. -FMC (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 50. -Fortinet (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 51. -General Electric (common stock) | | None | | | Sold | 06/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -General Motors (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 53. -GlaxoSmithKline (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 54. -Goldman Sachs (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 55. -Google (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 56. -Halliburton (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 57. -Hewlett Packard (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 58. -Home Depot (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 59. -ILL Tool Works (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 60. -Ingersoll-Rand (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 61. -Intel (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 62. -Intercontinental Exchange Group (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 63. -International Paper (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 64. -Johnson & Johnson (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 65. -JP Morgan Chase (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 66. -Merck (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 67. -MetLife (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 68. -Microsoft (common stock) | | None | | | Sold | 06/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Mondelez International (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 70. -Monsanto (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 71. -Murphy Oil (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 72. -Mobile Energy (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 73. -Occidental Petroleum (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 74. -Perrigo (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 75. -Pfizer (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 76. -PNC Financial Services (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 77. -PPL Corporation (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 78. -Praxair (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 79. -Priceline.com (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 80. -Qualcomm (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 81. -Roche Holdings ADR (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 82. -Royal Dutch Shell (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 83. -Sanofi ADR (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 84. -Schlumberger (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 85. -Suncor Energy (common stock) | | None | | | Sold | 06/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Target (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 87. -Textron (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 88. -Time Warner Cable (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 89. -Time Warner (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 90. -TJX Cos. (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 91. -Twenty-First Century Fox (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 92. -US Bancorp (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 93. -Under Armour (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 94. -Unilever NV NY (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 95. -United Technologies Corp. (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 96. -Verizon Communication (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 97. -Viacom (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 98. -Visa (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 99. -W W Grainger (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 100. -Walt Disney (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 101. -Weatherford (common stock) | None | | | | Sold | 06/30/16 | J | A | |
| 102. -Wells Fargo & Co. (common stock) | None | | | | Sold | 06/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Yahoo (common stock) | | None | | | Sold | 06/30/16 | J | A | |
| 104. -Metropolitan WST TOT RET BD (mutual fund) | | None | | | Sold | 06/30/16 | J | A | |
| 105. -MS SPCTRM CURR CMY (managed future) | | None | | | Sold | 06/30/16 | J | A | |
| 106. -MS SPCTRM SELECT (managed future) | | None | | | Sold | 06/30/16 | J | A | |
| 107. -MS SPCTRM STRATEGC (managed future) | | None | | | Sold | 06/30/16 | J | A | |
| 108. -MS SPCTRM TECH (managed future) | | None | | | Sold | 06/30/16 | J | A | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment |
| | U =Book Value | V =Other | W =Estimated |

D =$5,001 - $15,000    E =$15,001 - $50,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 08/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Valerie B. Fairbank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544